**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7963**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

       v.

EMMANUEL S. MCCRAE, a/k/a Ike,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:01-cr-00106-BO-1; 5:12-cv-00403-BO)

---

Submitted: February 26, 2013         Decided: March 1, 2013

---

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Emmanuel S. McCrae, Appellant Pro Se. Thomas Gray Walker, United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel S. McCrae seeks to appeal the district court's order dismissing as untimely his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. The district court's order also granted McCrae a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCrae, Nos. 5:01-cr-00106-BO-1; 5:12-cv-00403-BO (E.D.N.C. Oct. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2